UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER HIGA,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　Defendants | Case No. 3:24-cv-00091-ART-CLB<br><br>ORDER |

Plaintiff Christopher Higa brings this civil-rights action to redress constitutional violations that he claims to have suffered while incarcerated at Northern Nevada Correctional Center ("NNCC"). (ECF No. 1-1). He has applied to proceed *in forma pauperis* for an inmate housed at NNCC. (ECF Nos. 1, 4). According to the Nevada Department of Corrections inmate database, Plaintiff is no longer incarcerated. But Plaintiff has not filed an updated address with this Court. And his application to proceed *in forma pauperis* for prisoners is moot because he is no longer incarcerated.

Plaintiff is advised that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. LR IA 3-1. "The notification must include proof of service on each opposing party or the party's attorney." *Id.* And "[f]ailure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

It is therefore ordered that Plaintiff has **until October 24, 2024**, to file his updated address with the Court.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF Nos. 1, 4) is denied as moot.

It is further ordered that Plaintiff has **until October 24, 2024**, to either (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners or (2) pay the full filing fee of $405.

It is further ordered that if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

It is further ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document titled information and instructions for filing an *in forma pauperis* application.

DATED THIS 25th day of September 2024.

_____
UNITED STATES MAGISTRATE JUDGE